THE STATE ex rel. CHASE v. HAWES et al.,
Appellants.

In Banc, November 3, 1903.

The judgment in this case is reversed on the authority of State ex rel.
Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. S. P.
Spencer, Judge.*

REVERSED.

*C. W. Bates* and *Wm. F. Woerner* for appellants.

*A. A. Paxson* for respondent.

GANTT, J.—Relator was appointed a regular
patrolman on June 27, 1882, for a term of four years,
which he fully served. He was permitted to hold over
until October 17, 1895, when he was dropped. He
claims reappointment, by implication, every four
years. The circuit court gave him judgment for
salary from October 17, 1895, to June 27, 1897. This
was error. [State ex rel. Rife v. Hawes, p. 360 of this
volume.]

The judgment of the circuit court is reversed and
the writ quashed.

All concur.